NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MARKEM-IMAJE CORPORATION,**
*Plaintiff,*

**v.**

**ZIPHER LTD. AND VIDEOJET TECHNOLOGIES, INC.,**
*Defendants-Appellants.*

---

2013-1032

---

Appeal from the United States District Court for the District of New Hampshire in case no. 97-CV-0006, Judge Paul J. Barbadoro.

---

**ON MOTION**

---

**O R D E R**

Zipher Ltd. and Videojet Technologies, Inc. (Zipher) move for a 14-day extension of time, until January 9, 2013, to file their principal brief.

Upon consideration thereof,

MARKEM-IMAJE CORPORATION V. ZIPHER LTD.                    2

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk

s27